1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| SUNCOR STAINLESS, INC., | CASE NO. 07cv2327 JM(RBB) |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| vs. | |
| HONEYWELL INTERNATIONAL, INC., | |
| Defendant. | |

12
13
14
15
16

In light of the January 14, 2008 filing of the first amended complaint, the motion to dismiss

17

is denied as moot.  Accordingly, the February 1, 2007 hearing date on the motion to dismiss is

18

vacated.

19

**IT IS SO ORDERED.**

20

DATED:  January 30, 2008

21
22

Hon. Jeffrey T. Miller
United States District Judge

23

cc:        All parties

24
25
26
27
28

07cv2327