HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNCOR STAINLESS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HONEYWELL INTERNATIONAL, INC. and DOES 1 through 10, inclusive,,<br><br>　　　　　Defendants. | CASE NO.  07 CV 2327 JM RBB<br><br>**ORDER FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Based upon the Stipulation and agreement of the parties and good cause having been shown, **IT IS ORDERED:**

　　(1)　This action is dismissed with prejudice.

　　(2)　Each party shall bear its own costs and attorneys' fees.

　　(3)　The Court shall retain jurisdiction as necessary to interpret, modify, and enforce the terms of the Settlement Agreement referenced in the parties' Stipulation.

Dated:  May 5, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

HFB 798949.1 S9157004